**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CONXTECH, INC**                                                                                     **PLAINTIFF**

**v.**                                    **CASE NO. 3:22-CV-00319-BSM**

**SOUTHWEST STEEL**
**PROCESSING LLC**                                                                     **DEFENDANT**

**<u>ORDER</u>**

    Plaintiff Conxtech, Inc.'s unopposed motion to stay this case pending arbitration [Doc. No 22] is granted.  *See* 9 U.S.C. § 3.  This case is stayed pending completion of the arbitration proceedings.

    IT IS SO ORDERED this 28th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE