IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CONXTECH, INC.**                                                                       **PLAINTIFF**

v.                           **CASE NO. 3:22-CV-00319-BSM**

**SOUTHWEST STEEL
PROCESSING, LLC**                                                                **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 14th day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE